# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-1249
LT Case No. 2022-CT-001775-A

———————————————

DARRIN SHANE JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the County Court for Seminole County.
Wayne Culver, Judge.

Matthew J. Metz, Public Defender, and Jane Almy, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

December 5, 2023

PER CURIAM.

AFFIRMED.

MAKAR, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____